UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) MISC. NO. 11-mc-51551 |
| | ) |
| v. | ) HON. STEPHEN J. MURPHY, III |
| | ) |
| ADIL SHAFI, | ) |
| | ) |
| Respondent. | ) |

**AMENDED ORDER TO SHOW CAUSE**

Upon the petition, the exhibits attached hereto, the Declaration of Melvyn L. Hurston, Revenue Officer of the Internal Revenue Service, and upon the motion of Barbara L. McQuade, United States Attorney for the Eastern District of Michigan, it is hereby

ORDERED that respondent, Adil Shafi, appear before the District Court of the United States for the Eastern District of Michigan, presided over by the undersigned in his courtroom in the United States Courthouse in Courtroom **228** 231 W. Lafayette, Detroit, Michigan 48226 on the **2nd** day of **February**, 2012, at **2:00**, p.m. to show cause why he should not be compelled to comply with the Internal Revenue Service summons served on him on July 6, 2011.  It is FURTHER

ORDERED that a copy of this Order, together with the petition and Exhibits thereto, be personally served on Adil Shafi by delivering a copy to respondent personally or by leaving copies thereof at respondent's dwelling or usual place of abode with some person of suitable age and discretion found therein on or before **1/9/2012**. It is further

ORDERED within 10 days of service of copies of this Order, the petition and Exhibits thereto, respondent shall file and serve a written response to the petition.

S/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

Dated: December 15, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 15, 2011, by electronic and/or ordinary mail.

S/Carol Cohron
Case Manager
