UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

  -vs-

ADIL SHAFI,

    Respondent.
_____/

MISC. NO. 11-mc-51551

HON. STEPHEN J. MURPHY, III

## ORDER OF DISMISSAL

Petitioner having advised the Court that respondent, Adil Shafi, has fully complied with the Internal Revenue Service Summons served upon him on July 7, 2011, by providing the Revenue Officer with the information sought in the summons;

IT IS HEREBY ORDERED that the petition to enforce IRS summons brought against respondent, Adil Shafi, by the petitioner is hereby dismissed without prejudice and without costs.

    **SO ORDERED.**

                      S/Stephen J. Murphy, III
                      Stephen J. Murphy, III
                      United States District Judge

Dated: March 25, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or

counsel of record on March 25, 2012, by electronic and/or ordinary mail.

        S/Carol Cohron  
        Case Manager